OPINION — AG — ** CENTRAL PURCHASING — PRINTING SUPPLIES ** DOES THE OKLAHOMA PLANNING AND RESOURCES COMMISSION BE REQUIRED BY LAW TO PURCHASE NECESSARY SUPPLIES, MATERIALS, ETC., INCLUDING PRINTING, THROUGH THE STATE BOARD OF PUBLIC AFFAIRS ? — NEGATIVE (PURCHASE, SUPPLIES, GOODS) CITE: 74 O.S. 64 [74-64], 74 O.S. 64 [74-64](A), 74 O.S. 344.12 [74-344.12], OPINION NO. JUNE 21, 1947 — BORGAM, 74 O.S. 85.1 [74-85.1] — 74 O.S. 85.33 [74-85.33] [74-85.33] (FRED HANSEN)